

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>FRANCISCO SANCHEZ-MARTINEZ,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>5:20-MJ-00413-DUTY-1<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of __defendant_____, IT IS ORDERED that a detention hearing is set for _____Tuesday, August 18_____, __2020__, at a time to be determined, before the Honorable __Karen L. Stevenson_____ in Courtroom __580_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __August 14, 2020__

_____
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                                           Page 1 of 1